UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| GENESEE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | § § § § | Civil Action No. 4:22-cv-00033-P |
| Plaintiff, | § § § | CLASS ACTION |
| vs. | § § § | |
| FIRSTCASH HOLDINGS, INC., et al., | § § § | |
| Defendants. | § § § § | |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO SET CERTAIN CASE DEADLINES AND OTHERWISE STAY THE COURT'S FEBRUARY 15 AND MARCH 17, 2022 ORDERS**

4871-1165-0584.v1

This matter comes before the Court on the Parties' Joint Motion to Set Certain Case Deadlines and Otherwise Stay the Court's February 15 and March 17, 2022 Orders (the "Motion"). Having considered the Motion, the Court finds that the Motion should be and hereby is GRANTED.

It is therefore ORDERED that:

1. This Action will be captioned *In re FirstCash Holdings Inc. Securities Litigation*, No. 4:22-cv-00033-P.

2. Lead Plaintiff shall file and serve an amended complaint (the "Amended Complaint") within 30 days of the entry of this Order, which will be the operative complaint in this Action.

3. Defendants shall answer, move to dismiss, or otherwise respond to the Amended Complaint on or before 35 days after the filing of the Amended Complaint.

4. If Defendants move to dismiss the Amended Complaint, Lead Plaintiff shall file and serve any opposition to such motion on or before 35 days after the filing of Defendants' motion to dismiss.

5. Defendants shall file and serve their reply to any such opposition on or before 15 days after the filing of Lead Plaintiff's opposition.

6. This Court's February 15 and March 17, 2022 Orders are otherwise STAYED, along with any other obligations or deadlines, until this Court's ruling on Defendants' motion to dismiss.

IT IS SO ORDERED.

DATED: _____   _____

THE HONORABLE MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE

- 1 -

4871-1165-0584.v1