# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF TEXAS

# FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE FIRSTCASH HOLDINGS, INC. SECURITIES LITIGATION | § § § § | Civil Action No. 4:22-cv-00033-P<br><br>CLASS ACTION |

## DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT

Defendants FirstCash Holdings, Inc. ("FirstCash" or the "Company"), Rick L. Wessel and R. Douglas Orr (collectively, "Defendants"), by and through their undersigned counsel, move to dismiss with prejudice Lead Plaintiff's Amended Complaint for Violations of the Federal Securities Laws pursuant to Fed. R. Civ. P. 8, 9(b), and 12(b)(6), and the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(b).

Under Local Rule 7.1, this motion is supported by a brief and appendix setting forth Defendants' contentions of law, arguments and authorities, which are filed contemporaneously with this motion. For the reasons set forth in the accompanying brief and appendix, Defendants respectfully request that the Court (1) grant Defendants' Motion to Dismiss the Amended Class Action Complaint with prejudice, and (2) grant Defendants such other and further relief, at law and in equity, to which they are justly entitled.

DATED:  June 8, 2022                               Respectfully submitted,

        **ALSTON & BIRD LLP**
          Laura B. Hunt (TX Bar No. 24120912)

        */s/ Laura B. Hunt*
        301 Commerce, Suite 3635
        Fort Worth, TX 76102
        Telephone: (214) 922-3400
        Fax: (214) 922-3899
        laura.hunt@alston.com

        **ALSTON & BIRD LLP**
          Charles W. Cox (*pro hac vice*)
        333 South Hope Street, 16th Floor
        Los Angeles, CA 90071-3004
        Telephone: (213) 576-1000
        Fax: (213) 576-1100
        charles.cox@alston.com

        **ALSTON & BIRD LLP**
          Matthew E. Newman (*pro hac vice* pending)
        One Atlantic Center
        1201 West Peachtree Street, Suite 4900
        Atlanta, GA 30309
        Telephone: (404) 881-7987
        Fax: (404) 881-7777
        matt.newman@alston.com

        *Counsel for Defendants FirstCash Holdings, Inc.,*
        *Rick L. Wessel and R. Douglas Orr*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 8, 2022, I served the foregoing on all counsel of record who have appeared in this matter via the Court's CM/ECF system.

>*/s/ Laura B. Hunt*
>Laura B. Hunt