# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF TEXAS

# FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE FIRSTCASH HOLDINGS, INC. SECURITIES LITIGATION | §<br>§<br>§<br>§ | Civil Action No. 4:22-cv-00033-P<br><br><u>CLASS ACTION</u> |

## <u>APPENDIX IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT</u>

Pursuant to Northern District of Texas Local Rule 7.1(i), Defendants FirstCash Holdings, Inc. ("FirstCash" or the "Company"), Rick L. Wessel and R. Douglas Orr (collectively, "Defendants") respectfully submit this Appendix in Support of their Motion to Dismiss the Amended Class Action Complaint, which contains the following documents:

| Tab | Document Description | Appendix Page No. |
|---|---|---|
| 1. | Summary Chart of Alleged False or Misleading Statements | App. 001-050 |
| 2. | FirstCash, Inc.'s Form 8-K, filed on February 1, 2018 (Earnings release for Q4 2017 and FY 2017) | App. 051-077 |
| 3. | Excerpts from FirstCash, Inc.'s Form 8-K, filed on February 13, 2018 (Investor presentation) | App. 078-086 |
| 4. | Excerpts from FirstCash, Inc.'s Form 10-K, filed on February 20, 2018 (Form 10-K for 2017) | App. 087-108 |
| 5. | FirstCash, Inc.'s Form 8-K, filed on April 26, 2018 (Earnings release for Q1 2018) | App. 109-134 |
| 6. | Excerpts from FirstCash, Inc.'s Form 8-K, filed on May 2, 2018 (Investor presentation) | App. 135-144 |
| 7. | FirstCash, Inc.'s Form 8-K, filed on July 26, 2018 (Earnings release for Q2 2018) | App. 145-175 |
| 8. | Excerpts from FirstCash, Inc.'s Form 8-K, filed on July 31, 2018 (Investor presentation) | App. 176-185 |
| 9. | FirstCash, Inc.'s Form 8-K, filed on October 25, 2018 (Earnings release for Q3 2018) | App. 186-216 |
| 10. | Excerpts from FirstCash, Inc.'s Form 8-K, filed on October 29, 2018 (Investor presentation) | App. 217-226 |
| 11. | Excerpts from FirstCash, Inc.'s Form 8-K, filed on November 6, 2018 (Analyst & Banker Day presentation) | App. 227-233 |
| 12. | FirstCash, Inc.'s Form 8-K, filed on January 31, 2019 (Earnings release for Q4 2018 and FY 2018) | App. 234-266 |

| 13. | Excerpts from FirstCash, Inc.'s Form 10-K, filed on February 5, 2019 (Form 10-K for 2018) | App. 267-284 |
|---|---|---|
| 14. | Excerpts from FirstCash, Inc.'s Form 8-K, filed on February 11, 2019 (Investor presentation) | App. 285-293 |
| 15. | Excerpts from FirstCash, Inc.'s Form 8-K, filed on April 24, 2019 (Earnings release for Q1 2019) | App. 294-322 |
| 16. | Excerpts from FirstCash, Inc.'s Form 8-K, filed on May 6, 2019 (Investor presentation) | App. 323-332 |
| 17. | FirstCash, Inc.'s Form 8-K, filed on July 24, 2019 (Earnings release for Q2 2019) | App. 333-366 |
| 18. | Excerpts from FirstCash, Inc.'s Form 8-K, filed on July 30, 2019 (Investor presentation) | App. 367-376 |
| 19. | FirstCash, Inc.'s Form 8-K, filed on October 23, 2019 (Earnings release for Q3 2019) | App. 377-410 |
| 20. | Excerpts from FirstCash, Inc.'s Form 8-K, filed on November 12, 2019 (Investor presentation) | App. 411-420 |
| 21. | FirstCash, Inc.'s Form 8-K, filed on January 29, 2020 (Earnings release for Q4 2019 and FY 2019) | App. 421-454 |
| 22. | Excerpts from FirstCash, Inc.'s Form 10-K, filed on February 3, 2020 (Form 10-K for 2019) | App. 455-470 |
| 23. | Excerpts from FirstCash, Inc.'s Form 8-K, filed on February 11, 2020 (Investor presentation) | App. 471-480 |
| 24. | FirstCash, Inc.'s Form 8-K, filed on April 22, 2020 (Earnings release for Q1 2020) | App. 481-508 |
| 25. | Excerpts from FirstCash, Inc.'s Form 8-K, filed on May 6, 2020 (Investor presentation) | App. 509-518 |
| 26. | Excerpts from FirstCash, Inc.'s Form 8-K, filed on June 23, 2020 (Investor presentation) | App. 519-527 |
| 27. | FirstCash, Inc.'s Form 8-K, filed on July 22, 2020 (Earnings release for Q2 2020) | App. 528-556 |
| 28. | Excerpts from FirstCash, Inc.'s Form 8-K, filed on August 3, 2020 (Investor presentation) | App. 557-567 |

| | | |
|---|---|---|
| 29. | FirstCash, Inc.'s Form 8-K, filed on October 21, 2020 (Earnings release for Q3 2020) | App. 568-596 |
| 30. | Excerpts from FirstCash, Inc.'s Form 8-K, filed on November 5, 2020 (Investor presentation) | App. 597-606 |
| 31. | FirstCash, Inc.'s Form 8-K, filed on January 28, 2021 (Earnings release for Q4 2020 and FY 2020) | App. 607-634 |
| 32. | Excerpts from FirstCash, Inc.'s Form 10-K, filed on February 1, 2021 (Form 10-K for 2020) | App. 635-654 |
| 33. | Excerpts from FirstCash, Inc.'s Form 8-K, filed on February 24, 2021 (Investor presentation) | App. 655-663 |
| 34. | FirstCash, Inc.'s Form 8-K, filed on April 21, 2021 (Earnings release for Q1 2021) | App. 664-688 |
| 35. | Excerpts from FirstCash, Inc.'s Form 8-K, filed on May 4, 2021 (Investor presentation) | App. 689-697 |
| 36. | FirstCash, Inc.'s Form 8-K, filed on July 21, 2021 (Earnings release for Q2 2021) | App. 698-724 |
| 37. | Excerpts from FirstCash, Inc.'s Form 8-K, filed on August 3, 2021 (Investor presentation) | App. 725-733 |
| 38. | FirstCash, Inc.'s Form 8-K, filed on September 23, 2021 (General Counsel departure) | App. 734-737 |
| 39. | FirstCash, Inc.'s Form 8-K, filed on October 20, 2021 (Earnings release for Q3 2021) | App. 738-764 |
| 40. | CFPB Press Release, issued on November 12, 2021 (CFPB lawsuit announcement) | App. 765-768 |
| 41. | FirstCash, Inc.'s Form 8-K, filed on November 12, 2021 (Response to CFPB lawsuit) | App. 769-772 |
| 42. | FirstCash, Inc.'s Form 8-K, filed on November 15, 2021 (Response to CFPB lawsuit) | App. 773-776 |
| 43. | Declaration of Matthew E. Newman in Support of Defendants' Motion to Dismiss and Brief in Support | App. 777-783 |

DATED:  June 8, 2022                     Respectfully submitted,

                                         **ALSTON & BIRD LLP**
                                             Laura B. Hunt (TX Bar No. 24120912)

                                         */s/ Laura B. Hunt*
                                         301 Commerce, Suite 3635
                                         Fort Worth, TX 76102
                                         Telephone: (214) 922-3400
                                         Fax: (214) 922-3899
                                         laura.hunt@alston.com

                                         **ALSTON & BIRD LLP**
                                             Charles W. Cox (*pro hac vice*)
                                         333 South Hope Street, 16th Floor
                                         Los Angeles, CA 90071-3004
                                         Telephone: (213) 576-1000
                                         Fax: (213) 576-1100
                                         charles.cox@alston.com

                                         **ALSTON & BIRD LLP**
                                             Matthew E. Newman (*pro hac vice* pending)
                                         One Atlantic Center
                                         1201 West Peachtree Street, Suite 4900
                                         Atlanta, GA 30309
                                         Telephone: (404) 881-7987
                                         Fax: (404) 881-7777
                                         matt.newman@alston.com

                                         *Counsel for Defendants FirstCash Holdings, Inc.,*
                                         *Rick L. Wessel and R. Douglas Orr*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 8, 2022, I served the foregoing on all counsel of record who have appeared in this matter via the Court's CM/ECF system.

*/s/ Laura B. Hunt*
Laura B. Hunt