UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**IN RE FIRSTCASH HOLDINGS, INC. SECURITIES LITIGATION**　　　　No. 4:22-cv-0033-P

# FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order issued this same day (ECF No. 49):

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED without prejudice.**

The Clerk shall transmit a true copy of this Final Judgment to the parties and the case shall be closed. All costs of Court under 28 U.S.C. § 1920 shall be borne by the party incurring same.

**SO ORDERED** on this **12th day** of **July, 2022.**

_____
Mark Pittman
UNITED STATES DISTRICT JUDGE