UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **IN RE FIRSTCASH HOLDINGS, INC. SECURITIES LITIGATION** | No. 4:22-cv-0033-P |

# ORDER

On July 12, 2022, the Court granted Defendant's Motion to Dismiss (ECF No. 45) and dismissed this case. *See* ECF Nos. 49, 50. After notice from the Parties and a further review of the record (*see* ECF No. 34), the Court concludes that it improvidently granted the Motion at this time.

Accordingly, the Court **DIRECTS** the Clerk of Court to **VACATE** the Dismissal Order (ECF No. 49) and Final Judgment (ECF No. 50) and **STRIKE** the same from the record. The Clerk of the Court is further **INSTRUCTED** to **REOPEN** this case. Lead Plaintiff shall file its response to the pending Motion to Dismiss no later than **11:00 a.m.** on **July 15, 2022.**

**SO ORDERED** on this **13th day** of **July, 2022.**

_____
Mark Pittman
UNITED STATES DISTRICT JUDGE