UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**GENESEE COUNTY EMPLOYEES' RETIREMENT SYSTEM,**

   Plaintiff,

v.                                               No. 4:22-CV-0033-P

**FIRSTCASH HOLDINGS, INC. ET AL.,**

   Defendants.

## FINAL JUDGMENT

This final judgment is issued pursuant to FED. R. CIV. P. 58(a). In accordance with the Court's Order granting Defendants' Motion to Dismiss, ECF No. 57, it is **ORDERED** that this case is **DISMISSED with prejudice**. The clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **31st day of March 2023.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE